AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| CHRISTOPHER GERALD HERMENS | ) Case No. 3:25-mj-205 |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHRISTOPHER GERALD HERMENS ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1): Possession with the Intent to Distribute a Controlled Substance
18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm
18 U.S.C. § 924(c): Possession of a Firearm in Furtherance of a Drug Trafficking Crime
18 U.S.C. § 933(a)(1): Trafficking in Firearms

Date: July 22, 2025

*Youlee Yim You*
*Issuing officer's signature*

City and state: Portland, Oregon

Youlee Yim You, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/22/25 , and the person was arrested on *(date)* 7/23/25
at *(city and state)* PORTLAND, OR

Date: 7/23/25

*[signature]*
*Arresting officer's signature*

GRAHAM BURRILL - ATF SPECIAL AGENT
*Printed name and title*